# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142675 & (47)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HAMANI ISHMAEL HANIBLE,
      Defendant-Appellant.

SC: 142675
COA: 295045
Wayne CC: 09-013335-01

_____/

On order of the Court, the application for leave to appeal the February 1, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for appointment of counsel is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

y0620